# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARVELL INTERNATIONAL LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C. A. No.  10-869-SLR |
| LINK_A_MEDIA DEVICES CORP., | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and a Confidential Settlement Agreement dated November 21, 2011, Plaintiff Marvell International Ltd. ("Marvell") and Defendant Link_A_Media Devices Corp. ("LAMD") hereby stipulate and agree, subject to and upon the Court's approval, that all claims and counterclaims in the action shall be dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

Dated: December 2, 2011

| FISH & RICHARDSON P.C. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Thomas Lee Halkowski* | */s/ Elena C. Norman* |
| Thomas Lee Halkowski (No. 4099)<br>Martina Tyreus Hufnal (No. 4771)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114<br>(302) 778-8407<br>*halkowski@fr.com*<br>*tyreus@fr.com* | Elena C. Norman (No. 4780)<br>Monté Squire (No. 4764)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*enorman@ycst.com*<br>*msquire@ycst.com* |
| *Attorneys for Plaintiff Marvell International Ltd.* | *Attorneys for Defendant Link_A_Media Devices Corporation* |

SO ORDERED this ____ day of _____, 2011.

_____
Sue L. Robinson
United States District Judge